546

433 A.2d 525

Commonwealth v. Bowman, Appellant.

Submitted March 6, 1980. Bruce D. Foreman, for appellant; Marion E. Mac Intyre, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

The order of the lower court, denying relief under the Post Conviction Hearing Act, is hereby affirmed.

433 A.2d 525

Commonwealth v. Brown, Appellant.

Argued December 5, 1979. Marvin L. Wilenzik, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.